UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2024

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Turner, Ja'kyre Jamaine | Docket No. | 0980 2:23CR00026-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ja'kyre Jamaine Turner, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Spokane, Washington, on the 26th day of October 2023, under the following conditions:

**Standard Condition #2:** Defendant shall immediately advise the Court and the United States attorney in writing before any change in address.

**Standard Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #5:** Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 9, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Turner. Mr. Turner acknowledged an understanding of the release conditions at that time.

**Violation #1:** Ja'Kyre Jamaine Turner is alleged to have violated the conditions of pretrial release by failing to immediately report a change of address that occurred on or about June 24, 2024.

On July 8, 2024, the undersigned officer contacted Mr. Turner telephonically. During that conversation, Mr. Turner reported that he moved to a new residence approximately 2 weeks prior, which would be on or about June 24, 2024. The undersigned officer reminded Mr. Turner to immediately report any other change of residence in the future.

**Violation #2:** Ja'Kyre Jamaine Turner is alleged to have violated the conditions of pretrial release supervision by admitting to smoking marijuana every weekend between May 25 and June 14, 2024.

On June 18, 2024, Mr. Turner reported to the U.S. Probation Office and provided a urine sample that tested presumptive positive for the presence of marijuana. Mr. Turner admitted he smoked marijuana every weekend since approximately May 25, 2024, with his last admitted use of marijuana being on or about June 14, 2024. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On June 26, 2024, Alere confirmed the above-noted urine specimen tested positive for the presence of marijuana.

**Violation #3:** Ja'Kyre Jamaine Turner is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of marijuana on June 24, 2024.

On June 24, 2024, Mr. Turner reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of marijuana. Mr. Turner signed a substance abuse admission form stating his last use of marijuana was on or about June 14, 2024, which would be residual from Mr. Turner's positive drug test reported in violation number 2 of this petition. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On July 5, 2024, Alere confirmed the above-noted urine specimen tested positive for the presence of marijuana.

**Violation #4:** Ja'Kyre Jamaine Turner is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting marijuana on or about June 28, 2024.

On July 8, 2024, the undersigned officer contacted Mr. Turner telephonically. During that telephone conversation, Mr. Turner verbally admitted he smoked marijuana on or about June 28, 2024.

**Violation #5:** Ja'Kyre Jamaine Turner is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing on May 14, 2024; May 29, 2024; and June 14, 2024.

On November 9, 2023, the undersigned officer referred Mr. Turner to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Turner was instructed to contact PHS on a daily basis to determine if he was required submit to random drug testing.

Mr. Turner failed to report for random drug testing on May 14, 2024; May 29, 2024; and June 14, 2024.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 8, 2024

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer
7/9/24
Date