# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 25, 2024**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Turner, Ja'kyre Jamaine | Docket No. | 0980 2:23CR00026-TOR-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ja'kyre Jamaine Turner, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Spokane, Washington, on the 26th day of October 2023, under the following conditions:

**Standard Condition #8:** Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 9, 2023, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Turner. Mr. Turner acknowledged an understanding of the release conditions at that time.

**Violation #6:** Ja'kyre Jamaine Turner is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of marijuana on or about July 16, 2024.

**Supporting Evidence:** On July 16, 2024, Mr. Turner reported to Pioneer Human Services (PHS) and provided a urine specimen that tested presumptive positive for the presence of marijuana. Mr. Turner signed a substance abuse admission form acknowledging his last use of marijuana was on or about July 5, 2024. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On July 21, 2024, Alere confirmed the above-noted urine specimen tested positive for the presence of marijuana.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  |  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|---|
|  |  | Executed on:   July 23, 2024 |
|  | by | s/Erik Carlson |
|  |  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Turner,, Ja'kyre Jamaine
July 23, 2024
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

7/25/24
_____
Date