# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.          Turner, Ja'kyre Jamaine          Docket No.    0980 2:23CR00026-TOR-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ja'kyre Jamaine Turner, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Spokane, Washington, on the 26th day of October 2024, under the following conditions:

**Special Condition #3:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

**Special Condition #4:** Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 9, 2023, Mr. Turner and the undersigned officer reviewed the conditions of pretrial release supervision. Mr. Turner acknowledged an understanding of the release conditions at that time.

**Violation #1:** Ja'kyre Jamaine Turner is alleged to have violated the conditions of pretrial release supervision by failing to comply with recommended substance abuse treatment services in November and December 2024.

On August 1, 2024, Mr. Turner participated in a substance abuse evaluation at Riverside Recovery Center (RRC) in Spokane, Washington. Mr. Turner was recommended to participate in outpatient substance abuse treatment at that time.

On November 12, 2024, Mr. Turner was admitted to outpatient substance abuse treatment services at RRC. Mr. Tuner was required to attend two group sessions and two individual sessions per week.

On December 3, 2024, the undersigned officer received a monthly treatment report from RRC regarding Mr. Turner's participation in treatment services for the month of November 2024. He was determined to be non-compliant due to lack of engagement. According to the treatment report provided by RRC, Mr. Turner only attended two individual therapy sessions in November 2024. However, he failed to attend any of the required group therapy sessions in November 2024.

On January 7, 2025, the undersigned received a monthly treatment report from RRC regarding Mr. Turner's participation in treatment services for the month of December 2024. He was again determined to be non-compliant due to lack of engagement. According to the report, Mr. Turner attended one out of one required individual session. However, he only attended one of the four required group therapy sessions in December 2024.

**Violation #2:** Ja'kyre Jamaine Turner is alleged to have violated the conditions of pretrial release supervision by admitting to consuming alcohol on or about December 1, 2024.

On December 2, 2024, Mr. Turner reported to Pioneer Human Services (PHS) and provided a urine specimen that tested presumptive positive for the presence of alcohol. Mr. Turner signed a substance abuse denial form, in which he denied consuming alcohol. It is unclear at this time if the urine specimen was sent out for laboratory confirmation.

Re: Turner, Ja'kyre Jamaine
January 9, 2025
Page 2

Later on December 2, 2024, Mr. Turner contacted the undersigned officer and advised he had tested presumptive positive for the presence of alcohol at Pioneer Human Services. Mr. Turner verbally admitted he consumed one beer on or about December 1, 2024. He further acknowledged that he occasionally consumes alcohol.

In response to Mr. Turner's admission to consuming alcohol, the undersigned officer reminded Mr. Turner of the release condition that he is not to consume alcohol.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: January 9, 2025 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Thomas O. Rice_
Thomas O. Rice
United States District Judge

January 14, 2025
Date