# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Turner, Ja'Kyre Jamaine | Docket No. | 0980 2:23CR00026-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ja'kyre Jamaine Turner, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Spokane, Washington, on the 26th day of October 2023, under the following conditions:

**Special Condition #5:** Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 9, 2023, Mr. Turner and the undersigned officer reviewed the conditions of pretrial release supervision. Mr. Turner acknowledged an understanding of the release conditions at that time.

**Violation #3:** Ja'Kyre Jamaine Turner is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing on April 4 and 17, 2025.

On November 9, 2023, Mr. Turner was referred to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Turner was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing. Available records indicate Mr. Turner failed to appear for random drug testing at PHS on April 4 and 17, 2025.

PRAYING THAT THE COURT WILL INCORPORATE THE ALLEGED VIOLATION WITH THE VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on: May 6, 2025 |
| by | s/Erik Carlson |
|   | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Turner, Ja'kyre Jamaine
May 6, 2025
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Thomas O. Rice*
Signature of Judicial Officer

May 7, 2025
Date