# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Turner, Ja'kyre Jamaine | Docket No. | 0980 2:23CR00026-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ja'kyre Jamaine Turner, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Spokane, Washington, on the 26th day of October 2023, under the following conditions:

<u>**Special Condition #3:**</u> Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

<u>**Special Condition #4:**</u> Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 9, 2023, Mr. Turner and the undersigned officer reviewed the conditions of pretrial release supervision. Mr. Turner acknowledged an understanding of the release conditions at that time.

<u>**Violation #4:**</u> Ja'Kyre Jamaine Turner is alleged to have violated the conditions of pretrial release supervision by failing to comply with recommended substance abuse treatment at Spokane Addiction and Recovery Center (SPARC) in April 2025.

On May 7, 2025, the undersigned officer received a monthly treatment report (MTR) from SPARC indicating he was determined to be noncompliant with treatment expectations for the month of April 2025. According to the MTR, Mr. Turner was admitted into substance abuse treatment services at SPARC on April 11, 2025. As a part of his treatment services at SPARC, Mr. Turner is required to comply with random urinalysis testing administered through that agency.

At the time of admission into services at SPARC on April 11, 2025, Mr. Turner provided a urine sample that tested positive for the presence of alcohol.

On April 23, 2025, SPARC staff had Mr. Turner sign a behavior contract indicating he understood that failure to comply with treatment requirements may result in an increase in treatment expectations or discharge. Since signing the behavior contract, Mr. Turner has allegedly continued to not call the drug testing vendor. He also failed to report for random drug testing for SPARC on April 15, 2025. Furthermore, the MTR indicated SPARC staff reminded Mr. Turner before and after signing the behavior contract at least five times to call the drug testing vendor.

Based on him not calling the drug testing vendor pursuant his treatment expectations at SPARC, it appears Mr. Turner will need to add a group to his schedule. If he continues to not call the drug testing vendor he will be discharged from treatment services at SPARC.

PS-8
**Re: Turner, Ja'kyre Jamaine**
May 7, 2025
Page 2

**Violation #5:** Ja'Kyre Jamaine Turner is alleged to have violated the conditions of pretrial release supervision by consuming alcohol around April 11, 2025.

On May 7, 2025, the undersigned officer received a monthly treatment report from Spokane Addiction and Recovery Center (SPARC) indicating on April 11, 2025, Mr. Turner provided a urine specimen that tested positive for the presence of alcohol.

Later, on May 7, 2025, the undersigned officer contacted Mr. Turner and confronted him on his use of alcohol. Mr. Turner advised he was feeling stress over the end of the relationship with the mother of his child and chose to consume alcohol. Although he did not provide a specific date, Mr. Turner acknowledged he consumed alcohol around April 11, 2025.

PRAYING THAT THE COURT WILL INCORPORATE THE ALLEGED VIOLATION WITH THE VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  May 7, 2025 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

*Thomas O. Rice*
Signature of Judicial Officer

May 7, 2025
Date